

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00186-CV

INTERNATIONAL PAPER COMPANY

v.

SIGNATURE INDUSTRIAL SERVICES, LLC AND JEFFRY M. OGDEN

On Appeal from the
60th District Court of Jefferson County, Texas
Trial Cause No. B-195,960

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART, rendering judgment in accordance with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellees.

We further order this decision certified below for observance.

April 30, 2020